AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 NOV 24  PM 2: 23

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RICHARD BIENVENIDO MARIANO | ) | Case No. |
| | ) | |
| | ) | 14-2726 JMC |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 24, 2014__ in the county of __Cecil__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Possession with intent to distribute cocaine |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Gary Fisher, Special Agent ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/24/14

City and state: Baltimore, Maryland

_____
Judge's signature

J. Mark Coulson, US Magistrate Judge
Printed name and title

## AFFIDAVIT OF GARY P. FISHER,
## SPECIAL AGENT, DEPARTMENT OF JUSTICE, BUREAU OF ALCOHOL,
## TOBACCO, FIREARMS AND EXPLOSIVES

I, GARY P. FISHER, being duly sworn, do hereby depose and state:

### Introduction

**14-2726 JMC**

1. Your Affiant, Gary P. Fisher, is a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), United States Department of Justice since November 2013. Your Affiant has successfully completed the Criminal Investigator Training Program and the ATF Special Agent Basic Training Academy at the Federal Law Enforcement Training Center, located in Glynco, Georgia, where your Affiant received specialized training in the investigation of federal crimes involving firearms, alcohol and tobacco diversion, arson and explosives and narcotics. Your Affiant is currently assigned to the Baltimore Field Division, Baltimore Group VI, which investigates violations of federal firearms laws, violent crimes and armed narcotic trafficking. Prior to my employment with ATF, I was a Border Patrol Agent, Customs Border Protection, United States Department of Homeland Security, for approximately one year where I enforced immigration law and apprehension/seizure of narcotics smuggled into the United States. In addition, from 2007 – 2011, I was a Special Agent with the Air Force Office of Special Investigations ("AFOSI"), where I conducted criminal, fraud, and counterintelligence investigations related to the Air Force/ Department of Defense.

2. This affidavit is made in support of complaint against a RICHARD BIENVENIDO MARIANO, of 6101 Gentry Lane, Baltimore, Maryland, charging him with possession with intent to distribute a mixture or substance containing a detectable quantity of cocaine on November 24, 2014, in the District of Maryland, in violation of 21 U.S.C. § 841.

### Summary of the Investigation

3. The ATF, the Baltimore Police Department and the Department of Homeland Security have been investigating a drug trafficking organization run by RICHARD MARIANO (the "MARIANO DTO"). As a part of this, investigators have spoken with several confidential sources, conducted numerous controlled purchases of cocaine HCL, heroin, and cocaine base, initiated wire taps on a number of cell phones used by members of the organization, and conducted surveillance of those involved, in addition to other investigative activities. As a result of these efforts, investigators believe that the individuals identified above and discussed further below are involved in trafficking bulk quantities of cocaine, cocaine base and heroin in the Baltimore metropolitan area.

4. During the week of November 17, 2014, based on wire intercepts, it was determined that on the evening of November 23, 2014, Mariano would travel to an unknown location in vicinity of the Bronx, New York to obtain quantities of narcotics from an unidentified male supplier.

5. On November 21, 2014, the Honorable Stephanie A. Gallagher of the United States District Court for the District of Maryland issued a search warrant for the blue Honda minivan bearing Maryland tag 2BK0066, registered to RICHARD BIENVENIDO MARIANO.

6. On November 24, 2014, at approximately 5:40 a.m., Senior Officer John Cummins, Maryland Transportation Authority Police conducted a traffic stop on a blue Honda minivan bearing Maryland tag 2BK0066, registered to RICHARD BIENVENIDO MARIANO on Interstate-95 near mile marker 94 due to weaving across a center line. Senior Officer Cummins and Officer Christopher Lamb, Maryland Transportation Authority Police, questioned the occupants of the vehicle, RICHARD BIENVENIDO MARIANO, MEGAN FISHER and CHRISTINE HAMILTON on their travel and found inconsistencies in their statements. Officer Lamb asked the occupants if the vehicle possessed any narcotics or firearms in which the occupants denied. Based upon the responses from the occupants during field interviews and intelligence provided to the MDTAP officers by ATF, a narcotics K-9 was requested to perform a scan on the vehicle. At approximately 6:15 a.m., the narcotics K-9 gave a positive response indicating the presence of narcotics in the Honda minivan bearing Maryland tag 8BK0066. At approximately, 6:37 a.m., a search was performed on said vehicle and two (2) softball size bundles of hard and compressed white powdery substance contained in a clear plastic bag, wrapped in a towel masking agent, clear plastic and tan masking tape were found in the rear cargo area of the Honda minivan.

7. Based on the appearance of the compressed white powdery substance, and prior cocaine that was purchased from MARIANO, these bundles are believed to be cocaine. Investigators have weighed these bundles and found that they weigh approximately 195 grams. Based on the intercepted communications, prior dealings, and quantity of cocaine and other items seized, your Affiant believes that this cocaine was intended for further distribution.

## Conclusion

Therefore, based on the facts set forth above, your affiant believes there is probable cause that the following:

RICHARD BIENVENIDO MARIANO, of 6101 Gentry Lane, Baltimore, Maryland, possessed with the intent to distribute a mixture or substance containing a detectable quantity of cocaine on November 24, 2014, in the District of Maryland, in violation of 21 U.S.C. § 841.

Affiant: _____
Gary P. Fisher
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and subscribed in my presence this 24 day of November 2014.

_____
J. Mark Coulson
United States Magistrate Judge

Page 2 of 2

14-2726 JMC