RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2014 NOV 24 P 3: 28

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No. 14-2726JMC |
| RICHARD MARIANO | * | |

\*\*\*\*\*\*

### ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for _Tues., Nov. 25, 2014_ (date) at _3:00 pm_ (time) before _J. Mark Coulson_, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom __7B__.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

November 24, 2014
Date

J. Mark Coulson
United States Magistrate Judge