# IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
_____

| | |
|---|---|
| United States of America | : |
| | : |
| v | : Case No. : JCM-14-2726 |
| Richard Mariano | : |
| **Defendant** | |

## ENTRY OF APPEARANCE

**NOW COMES** attorney Russell A. Neverdon, Sr., and respectfully requests that this **HONORABLE COURT** recognize his appearance on behalf of Defendant Richard Mariano as the attorney of record for the above-captioned matter and docket accordingly.

_____
Russell A. Neverdon, Sr., Esquire
Federal I.D. No. 25949
201 N Charles Street, Suite 1900
Baltimore, Maryland 21201
(410) 235-2184 Phone
(410) 235-4000 Facsimile
**Attorney for the Defendant**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of December, 2014, a copy of this Entry of Appearance was forwarded electronically the Office of the United State's Attorney South Charles Street, 4th Floor, Baltimore, Maryland 21201, and all other interested parties or persons registered or listed within the electronic mailing matrix.

_____
Russell A. Neverdon, Sr., Esquire
Federal I.D. No. 25949
201 N Charles Street, Suite 1900
Baltimore, Maryland 21201
(410) 235-2184 Phone
(410) 235-4000 Facsimile
**Attorney for the Defendant**